UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**INSTITUTE OF AMERICAN INDIAN ARTS,**
a federally chartered corporation,

**Plaintiff,**

v.                                                              Case No. 6:10-cv-00152-BRB/WDS

**FENIX GLOBAL TECHNOLOGY, LLC,** a
New Mexico corporation, and
**ADRIAN SANCHEZ,**

**Defendant**

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS MATTER comes before the Court on the motion of Keleher & McLeod, P.A. for permission to withdraw as counsel for Defendants Fenix Global Technology, LLC and Adrian Sanchez.(Document No. 33)  No party has opposed the motion and the Court finds that the motion is well taken.  Accordingly, Defendants motion (Document No. 33) is granted.  This order does not change the trial date set in this matter.  Defendants are advised that a corporation or partnership may only appear in the United States District Court for the District of New Mexico with an attorney.  Absent entry of appearance by a new attorney, any filings made by the corporate Defendant may be stricken and default judgment or other sanctions imposed.  Mr. Sanchez, as an individual defendant, is representing himself as of the date of this order.

The Clerk's office is directed to mail a copy of this order to Defendant's last known address:

2000 Randolph Road SE, #105, Albuquerque, New Mexico, 87106, and e-mail a copy of the order to: asanchez@fgtmail.com.

  **IT IS SO ORDERED.**

                   _____
                   **W. DANIEL SCHNEIDER**
                   **United States Magistrate Judge**